IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOHN KEMPER,
    Plaintiff,

vs.                                Case No.: 5:06cv202/RS/EMT

MICHAEL J. ASTRUE,[1]
Commissioner of the
Social Security Administration,
    Defendant.
_____/

## REPORT AND RECOMMENDATION

        This cause is before the court upon Plaintiff's Motion to Dismiss Complaint (Doc. 15), in which Plaintiff requests that his complaint be dismissed because he "does not want to proceed with [his] complaint" at this time (*id.* at 1).

        Federal Rule of Civil Procedure 41(a)(2) provides that "[e]xcept as provided in [FED. R. CIV. P. 41(a)(1)], an action shall not be dismissed at the plaintiff's instance save upon order of the court and upon such terms and conditions as the court deems proper."  In the instant motion, Plaintiff states that he does not want to proceed with this case, and Defendant has no objection to the dismissal of Plaintiff's complaint.  Thus, an order of dismissal pursuant to Rule 41(a)(2) appears appropriate.

        Based upon the foregoing, it is **ORDERED**:

        The clerk of court is directed to change the docket to reflect that Michael J. Astrue substituted for Jo Anne B. Barnhart as Defendant.

---

[1] Michael J. Astrue succeeded Jo Anne B. Barnhart, and is presently the Commissioner of Social Security. Therefore, he is automatically substituted as Defendant.  *See* Fed. R. Civ. P. 25(d)(1).

And it is respectfully **RECOMMENDED**:

That Plaintiff's Motion to Dismiss Complaint (Doc. 15) be **GRANTED** and this case be **DISMISSED without prejudice**.

At Pensacola, Florida, this 1<u>st</u> day of March 2007.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within ten (10) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only.</u>  A copy of objections shall be served upon the magistrate judge and all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; <u>United States v. Roberts</u>, 858 F.2d 698, 701 (11th Cir. 1988).