IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOHN R. KEMPER,

    Plaintiff,

vs.                                                  CASE NO. 5:06cv202/RS

MICHAEL J. ASTRUE[1], Commissioner
of the Social Security Administration,

    Defendant.
_____/

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation (Doc. 16). Plaintiff has not filed objections.

**IT IS ORDERED**:

1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.    Plaintiff's Motion To Dismiss Complaint (Doc. 15) is granted.

3.    This case is dismissed without prejudice.

4.    The clerk is directed to close the file.

ORDERED on April 2, 2007.

                                      /S/ Richard Smoak
                                      **RICHARD SMOAK**
                                      **UNITED STATES DISTRICT JUDGE**

---

[1]Michael J. Astrue succeeded Jo Anne B. Barnhart and is presently the Commissioner of Social Security. Therefore, he is automatically substituted as Defendant. *See* Fed. R. Civ. P. 25(d)(1).